FILED
ASHEVILLE, N. C.

JUL - 5 2005

U.S. DISTRICT COURT
W. DIST. OF N. C.

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:05CR42 |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| 1) HILARIO ESPINOZA-RUIZ | ) | |
| 2) JULBER NUNEZ-ZARCO | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office and the United States Attorney's Office.

This __5th__ day of ~~June~~ July, 2005.

LACY H. THORNBURG
UNITED STATES DISTRICT JUDGE